# United States District Court, Eastern District of Washington
## Magistrate Judge James A. Goeke
### Spokane

**USA v. STEPHANIE BROCK MURPHY**     Case No. **2:22-CR-0084-TOR-2**

**Initial Appearance and Arraignment on Indictment:**     **07/27/2022**

| | | | |
|---|---|---|---|
| ☒ | Melissa Orosco, Courtroom Deputy | ☒ | Tyler Tornabene, US Atty |
| ☒ | Patrick J. Dennis, US Probation / Pretrial Services Officer | ☒ | Lorinda Youngcourt, Defense Atty |
| ☒ | Defendant present ☒ in custody USM | ☒ | Interpreter **NOT REQUIRED** |

| | | | |
|---|---|---|---|
| ☒ | USA Oral Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☒ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of Indictment |
| ☒ | The Court will appoint the Federal Defenders | ☒ | Defendant waived reading of Indictment |
| ☐ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☐ | Indictment read in open court |
| ☐ | PRE-Trial Services Report ordered | ☐ | POST Pre-Trial Services Report ordered |
| | | ☒ | AO199c Advice of Penalties & Sanctions filed |

## REMARKS

Defendant appeared, in custody, with counsel and acknowledged to the Court that she is known by the name STEPHANIE BROCK MURPHY. Defendant noted Stephanie Brock is her maiden name and Stephanie Murphy is her married name.

Defendant was advised of her rights and the allegations contained in the Indictment.

"Not guilty" plea entered as to all counts.

Based on information contained in the Financial Affidavit, the Court appointed the Federal Defenders to represent Defendant in this matter.

Government orally moved for detention (based on risk of non-appearance) as it was discovered Defendant has a local outstanding warrant.

**The Court ordered:**
1. Oral order issued confirming the Government's disclosure obligations under the Due Process Protections Act and the possible consequences of violation of said order.
2. Discovery to be provided according to Local Rules on discovery.
3. Detention hearing set on July 29, 2022, at 11:30 a.m.
4. Conditions of release imposed upon Defendant which were read to her in Court. Order forthcoming. Defendant to be released pending the detention hearing set the following day.

Defendant to be released under the following conditions:

- Commit no new violation of state, local or federal law, to include no marijuana
- Report any contact with law enforcement to Pretrial Services within 1 business day and may not work for United States government or any federal or state law enforcement agency without first notifying your supervising Pretrial Services officer
- Reside at residence approved by Pretrial Services and notify Pretrial Services within 24 hours of any change in address or phone number
- Appear for all future hearings and surrender for sentence if sentence of imprisonment is imposed
- Sign 199C
- No possession of firearm, dangerous weapon, or other destructive device
- Report to Pretrial Services in whatever frequency/manner they direct
- Call attorney at least once per week
- May not possess, ship or transport in interstate or foreign commerce any firearm, or ammunition
- No use or possession of narcotic drugs or other controlled substances, unless have valid prescription, to include no marijuana
- Surrender passport and/or enhanced driver's license and may not apply for new one during pendency of case
- Remain in Eastern District of Washington while case is pending unless receive permission in advance to travel outside of district
- Maintain or actively seek employment
- Avoid all contact, direct or indirect, with any witness or victim in case, with exception of husband; however, they may not discuss the case
- Substance abuse evaluation and follow any treatment recommendations, as directed by Pretrial Services
- Submit to random UA/BA/sweat patch testing as directed by Pretrial Services, or other method as directed by Pretrial Services
- May not obstruct or attempt to obstruct or tamper with substance abuse testing
- Notify Pretrial Services within 24 hours of any change in address, phone number or employment

**Detention Hearing:**
**07/29/2022 @ 11:30 a.m. [S/JAG]**